THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GASHAW ABEBE, | CASE NO. C22-0087-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 9). Pursuant to the parties' request, the case schedule deadlines (Dkt. No. 6) are VACATED. Plaintiff's pending motion to remand (Dkt. No. 8) is DENIED as moot without prejudice. It is hereby ORDERED that within 30 days of the date of this order, the parties will file the appropriate dismissal stipulation or will show cause why this case should not be dismissed due to the settlement.

//

//

//

MINUTE ORDER
C22-0087-JCC
PAGE - 1

DATED this 21st day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk